GEORGE VERDUGO
2984 Almond Drive
San Jose, CA 95148
408 401 5636
georgeverdugo@gmail.com
ProSe

FILED

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

5
SMC
NP
C

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT COURT OF CALIFORNIA**

**SAN JOSE DIVISION**

C 25 08776 SVK

| | |
|---|---|
| **GEORGE VERDUGO, PRO SE**<br>**Plaintiff,**<br>**vs.**<br>**CITY OF SAN JOSE; OFFICER ROCHA (#5077); and DOES 1–10, inclusive,**<br>**Defendant(s)** | **Case No.:**<br>**COMPLAINT FOR CIVIL RIGHTS VIOLATION (42 U.S.C. § 1983) DEMAND FOR JURY TRIAL**<br>**Judge: Hon.** |

1. **Jurisdiction.** This action arises under the Constitution and laws of the United States, including the Fourth and Fourteenth Amendments and 42 U.S.C. § 1983. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3).

2. **Venue.** Venue is proper in this District and the San Jose Division under 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in Santa Clara County, California.

3. Plaintiff, GEORGE VERDUGO, is an adult resident of San Jose, California.

4. Defendant City of San Jose is a municipal corporation in the State of California.

5. Defendant Officer Rocha (#5077) was, at all relevant times, an employee of the San Jose Police Department acting under color of state law.

6. Defendants Does 1–10 are San Jose Police Department officers or supervisors whose true names and capacities are currently unknown to Plaintiff. Plaintiff will amend to allege their true names and capacities when ascertained.

## NOTICE REGARDING REPRESENTATION AND TIMELY FILING

7. . Plaintiff files this Complaint pro se to preserve his civil rights claims within the statute of limitations (incident date October 15, 2023). Plaintiff intends to secure legal representation and anticipates that counsel may later appear and file an amended complaint pursuant to Federal Rule of Civil Procedure 15.

## FACTUAL ALLEGATIONS

8. On October 15, 2023, San Jose Police Department officers, including Officer Rocha, entered Plaintiff's residence without a warrant.

9. Officers claimed they had consent to enter from a co-tenant. Plaintiff was present and repeatedly informed the officers that they did not have his consent to enter and must leave.

10. Despite Plaintiff's objections, officers remained inside, detained, and arrested Plaintiff for alleged violation of California Penal Code § 314. Plaintiff was booked and released later the same evening (CEN 2303479; PFN EEK192).

11. The Santa Clara County District Attorney declined to file charges.

12. Plaintiff suffered emotional distress, including anxiety, fear of police contact, sleep disruption, and strain on his ability to care for his elderly mother.

13. Plaintiff's objections and officers' statements were recorded on officers' body-worn cameras; related dispatch/CAD and 911 records should exist and should have been preserved.

**CLAIM ONE**

**Fourth Amendment (Unlawful Entry and Arrest) – 42 U.S.C. § 1983 (Against Officer Rocha and Does 1–10)**

14. Defendants entered Plaintiff's home and arrested him without a warrant, exigent circumstances, or valid consent in violation of the Fourth Amendment. 14. As a direct and proximate result, Plaintiff suffered damages including emotional distress and humiliation.

**CLAIM TWO**

**Fourteenth Amendment (Due Process) – 42 U.S.C. § 1983 (Against Officer Rocha and Does 1–10)**

15. By detaining and arresting Plaintiff without lawful basis, Defendants deprived Plaintiff of liberty without due process of law, causing damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows: (a) compensatory damages according to proof; (b) punitive damages against individual defendants; (c) declaratory relief; (d) costs and reasonable attorney's fees under 42 U.S.C. § 1988; and (e) such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

DATED: October 13, 2025

GEORGE VERDUGO
Pro Se