Clear Form

FILED
OCT 14 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GEORGE VERDUGO, PRO SE, Plaintiff,

vs.

CITY OF SAN JOSE; OFFICER ROCHA (#5077); and DOES 1–10, inclusive, Defendant.

C 25 08776 SVK

CASE NO. ______

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, GEORGE VERDUGO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______ Net: ______

Employer: ______

______

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

Date of last employment: February, 2017; Gross Salary: $22,000.00 per year;

Net Salary: $17,500.00 per year

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ____ No ✓

b. Income from stocks, bonds, or royalties? Yes ____ No ✓

c. Rent payments? Yes ____ No ✓

d. Pensions, annuities, or life insurance payments? Yes ____ No ✓

e. Federal or State welfare payments, Social Security or other government source? Yes ✓ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

Social Security: $1066.00 per month started September 2025, SNAP Benefits

3. Are you married? Yes ____ No ✓

Spouse's Full Name: ____________________

Spouse's Place of Employment: ____________________

Spouse's Monthly Salary, Wages or Income:

Gross $____________ Net $____________

4. a. List amount you contribute to your spouse's support:$ ____________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

______________________________

______________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ✓ No ____

Make GMC Year 2004 Model YUKON XL

Is it financed? Yes ____ No ✓ If so, Total due: $ __________

Monthly Payment: $ __________

7. Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: WELLS FARGO

______________________________

Present balance(s): $ 50.00

Do you own any cash? Yes ____ No ✓ Amount: $ __________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ✓ No ____

Laptop: $250.00 Vehicle: $2,000.00

8. What are your monthly expenses?

Rent: $ 200 Utilities: $100

Food: $ 100 Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Capital One MC | $ 142.00 | $ 2513.00 |
| Credit One Visa | $ 99.00 | $ 1963.00 |
| Affirm Installment | $ 241.00 | $ 1652.00 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Various other Credit Card totaling approximately $5,000.00

_______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_______________________________________________

_______________________________________________

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10/12/2025

DATE

SIGNATURE OF APPLICANT