Your Name: GEORGE VERDUGO
Your Address: 2984 ALMOND DRIVE, SAN JOSE, CA 951
Phone Number: 408 401 5636
Email Address: georgeverdugo@gmail.com
Pro Se

FILED
OCT 14 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ☐ San Francisco ☐ Oakland ■ San Jose ☐ Eureka-McKinleyville

GEORGE VERDUGO

Plaintiff,

v.

City of San Jose; Officer Rocha (#5077); and I

Defendant.

C 25 08776 SVK
Case Number

**DECLARATION OF** GEORGE VERDUGO

**IN SUPPORT OF** CIVIL RIGHTS SUIT

Judge: Hon. ______________________

1. I am GEORGE VERDUGO an adult residing in San Jose, California

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. On October 15, 2023, Officer Rocha and other San Jose Police Department officers entered my residence at 2984 Almond Drive, San Jose, California without a warrant and without my consent.

4. The officers asserted that a co-tenant had provided consent.

5. I objected several times to their entry telling them they did not have my consent and that they must leave.

6. I was arrested for alleged violation of California Penal Code § 314, booked (CEN 2303479; PFN EEK192), and released that evening.

7. The Santa Clara County District Attorney declined to file charges.

8. Since the incident, I have experienced anxiety, fear of police contact, difficulty sleeping, and strain on my ability to care for my mother, who has observed changes in my demeanor

9. My objections to the officers' entry and the officers' responses should be reflected in police reports, dispatch/CAD records, and body-worn camera recordings. I intend to request these records under the California Public Records Act and in discovery.

10.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/12/2025 Sign Name: [signature]

Print Name: GEORGE VERDUGO