FILED

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE VERDUGO,

Plaintiff,

v.

CITY OF SAN JOSE ET AL,

Defendant.

Case No. 25-cv-08776-SVK

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

This action is assigned to the Honorable Susan van Keulen.

**Service of documents.** When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and the supplementary material specified in Civil Local Rule 4-2.

**Magistrate Judge Jurisdiction.** This case has been randomly assigned to a magistrate judge, who, with written consent of all parties, may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment and post-trial motions, with appeal directly to the United States Court of Appeals for the Ninth Circuit. See "Consenting to the Jurisdiction of a Magistrate Judge" on the Court's webpage at www.cand.uscourts.gov for more information.

Plaintiff or the removing party must complete and file the attached form "Consent or Declination to Magistrate Judge Jurisdiction" (also available at www.cand.uscourts.gov/forms) within 14 days of case initiation, and all other parties must do so within 14 days of appearing in the case, or as otherwise ordered by the Clerk or magistrate judge.

**Availability of Alternative Dispute Resolution.** This action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR webpage at www.cand.uscourts.gov/adr.

**Important case management dates.** Counsel must comply with the dates listed below unless the judge otherwise orders.

| **Case Management Event** | **Deadline** |
|---|---|
| File Certification of Conflicts and Interested Entities or Persons.<br>(See Civil L.R. 3-15) | Upon first appearance<br>(supplement as necessary) |
| Deadline to file ADR Certification.<br>(See ADR L.R. 3) | 12/23/2025 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan.<br>(See F.R. Civ. P. 26(f)) | 12/23/2025 |
| Deadline to make initial disclosures.<br>(See F.R. Civ. P. 26(a)(1)) | 1/6/2026 |
| Deadline to file Joint Case Management Statement.<br>(See Standing Order for All Judges of the Northern District of California) | 1/6/2026 |
| Initial Case Management Conference location: **To be held by Zoom. Go to cand.uscourts.gov/svk for Zoom link.** | 1/13/2026 at 9:30 AM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VERDUGO,<br>Plaintiff,<br>v.<br>CITY OF SAN JOSE ET AL,<br>Defendant. | Case No. 25-cv-08776-SVK<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: ____________________ NAME: ______________________________

______________________________
*Signature or "/s/"*

COUNSEL FOR
(OR "PRO SE"): ______________________________