UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE VERDUGO,

Plaintiff.

v.

CITY OF SAN JOSE, et al.,

Defendants.

Case No.25-cv-08776-SVK

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Re: Dkt. No. 2

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant(s).

While this case is pending, plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

**SO ORDERED.**

Dated: October 17, 2025

SUSAN VAN KEULEN
United States Magistrate Judge