AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

GEORGE VERDUGO

*Plaintiff(s)*

v.

City of San Jose; Officer Rocha (#5077); and Does 1–10, Defendants

*Defendant(s)*

Civil Action No. C 25 08776 SVK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Rocha (#5077), c/o San Jose Police Department, 201 W. Mission Street, San Jose, CA 95110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Verdugo
2984 Almond Drive, San Jose, CA 95148
Email: georgeverdugo@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 10/20/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

GEORGE VERDUGO

*Plaintiff(s)*

v.

City of San Jose; Officer Rocha (#5077); and Does 1–10, Defendants

*Defendant(s)*

Civil Action No. C 25 08776 SVK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of San Jose – Office of the City Attorney, 200 E. Santa Clara St., 16th Floor, San Jose, CA 95113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: GEORGE VERDUGO, 2984 ALMOND DRIVE, SAN JOSE, CA 95148; georgeverdugo@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 10/20/2025

*Signature of Clerk or Deputy Clerk*