SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
MAREN CLOUSE, Chief Deputy City Attorney (228726)
BRIAN LOFTUS, Sr. Deputy City Attorney (300887)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for City of San Jose and
Officer Rocha #5077

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE VERDUGO,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE; OFFICER ROCHA #5077, and DOES 1-10, inclusive,<br><br>Defendant(s). | Case Number: 25-cv-08776-SVK<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: December 23, 2025<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 6, 4th Floor<br>Judge: Hon. Susan van Keulen |

Defendants CITY OF SAN JOSE and OFFICER ROCHA #5077 brought a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court agrees that the Complaint fails to allege facts sufficient to state a claim as to any of the Defendants. Defendants' Motion to Dismiss is therefore GRANTED.

Dated: ____________________

______________________________
HON. SUSAN VAN KEULEN
United States District Court Judge

# PROOF OF SERVICE

CASE NAME: *George Verdugo v. City of San Jose, et al.*
CASE NO.: 25-cv-08776-SVK

I, the undersigned declare as follows:

I am over 18 years of age and not a party to this action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On November 14, 2025, I caused to be served the within:

1. **Defendants' Notice of Motion and Motion to Dismiss Complaint**
2. **Defendants' Proposed Order re Motion to Dismiss Complaint**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ by ELECTRONIC TRANSMISSION, with a copy of this declaration, to an electronic address listed below.

Addressed as follows:

George Verdugo
2984 Almond Drive
San Jose, CA 95148
georgeverdugo@gmail.com

*Plaintiff, Pro Se*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 14, 2025, at San Jose, California.

*/s/ Brandi Lecomte*
Brandi Lecomte