GEORGE VERDUGO
2984 Almond Drive
San Jose, CA 95148
408 401 5636
georgeverdugo@gmail.com

Plaintiff, Pro Se

FILED
DEC 12 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GEORGE VERDUGO,

Plaintiff,

vs.

CITY OF SAN JOSÉ; OFFICER ROCHA (#5077); DOES 1–50,

Defendant(s)

Case No. 5:25-cv-08776-SVK

**DECLARATION OF GEORGE VERDUGO IN OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND TIME FOR FILING REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Date: TBD on Submission
Time: 10:00 a.m.
Courtroom: Courtroom 6, 4th Floor
Judge: Hon. Susan van Keulen

I, George Verdugo, declare:

1. I am the Plaintiff in this action. The facts stated in this declaration are within my personal knowledge, and I could and would competently testify to them.
2. I received Defendants' Motion to Dismiss in my mailbox on November 18, 2025.
3. I filed my Opposition to Defendants' Motion to Dismiss with the Clerk of the Court on December 4, 2025.
4. On December 5, 2025, at approximately noon, I received a telephone call from Senior Deputy City Attorney Brian Loftus.

5. Mr. Loftus requested that I stipulate to an extension of time for Defendants to file their reply to my opposition.

6. Mr. Loftus stated that I filed my opposition "late" and that he only had one day to prepare a reply.

7. Mr. Loftus stated he only had one day to file his reply due to the judge's scheduling order and according to that order my Opposition was due on November 28.

8. Mr. Loftus stated that I "had only 14 days" to file my opposition. He also stated that Defendants e-filed the motion to dismiss on November 14.

9. I told Mr. Loftus that I had not consented to electronic service and that the envelope containing Defendants' motion to dismiss was postmarked November 17, 2025, not November 14, and that I received the motion on November 18.

10. I told Mr. Loftus that under the rules governing service by mail, my opposition filed on December 4, 2025 was timely.

11. Mr. Loftus stated that "the judge's scheduling order" controlled and that my opposition was late regardless of the mailing date and postmark.

12. Mr. Loftus again asked whether I would stipulate to an extension.

13. I asked whether Defendants would stipulate that my opposition was timely.

14. Mr. Loftus stated they would not.

15. Because Defendants would not agree that my opposition was timely, I did not agree to stipulate to the extension.

16. Mr. Loftus asked again if I would agree to an extension. I told him that because he wanted me to stipulate to an extension without acknowledging my Opposition as timely, I couldn't agree to a one-sided stipulation.

17. I stated to Mr. Loftus that he could file an ex parte motion as he indicated he would or any other motion he believed appropriate and that I would present my position to the Court.

18. The call ended shortly after that.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 11, 2025

GEORGEVERDUGO

Plaintiff, Pro Se

EXHIBIT A

CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

*Office of the City Attorney*
200 East Santa Clara Street, 16th Floor, San José, CA 95113

US POSTAGE PITNEY BOWES
ZIP 95113 $ 001.03[0]
02 1W
0001400922 NOV 17 2025

George Verdugo
2984 Almond Drive
San Jose, CA 95148

95148$2001 C008

A-001

EXHIBIT B

**PROOF OF SERVICE**

CASE NAME: *George Verdugo v. City of San Jose, et al.*
CASE NO.: 25-cv-08776-SVK

I, the undersigned declare as follows:

I am over 18 years of age and not a party to this action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On November 14, 2025, I caused to be served the within:

1. **Defendants' Notice of Motion and Motion to Dismiss Complaint**
2. **Defendants' Proposed Order re Motion to Dismiss Complaint**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ by ELECTRONIC TRANSMISSION, with a copy of this declaration, to an electronic address listed below.

Addressed as follows:

George Verdugo
2984 Almond Drive
San Jose, CA 95148
georgeverdugo@gmail.com

*Plaintiff, Pro Se*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 14, 2025, at San Jose, California.

*/s/ Brandi Lecomte*
Brandi Lecomte

EXHIBIT C

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:25-cv-08776-SVK

Verdugo v. City Of San Jose et al
Assigned to: Magistrate Judge Susan van Keulen
Cause: 42:1981 Civil Rights

Date Filed: 10/14/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**George Verdugo** represented by **George Verdugo**
2984 Almond Dr.
San Jose, CA 95148
PRO SE

V.

**Defendant**

**City Of San Jose** represented by **Brian James Loftus**
San Jose City Attorney's Office
200 E Santa Clara St FL 16
San Jose, CA 95113
408-535-1900
Email: brian.loftus@sanjoseca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Rocha**
*#5077* represented by **Brian James Loftus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2025 | 1 | COMPLAINT against City Of San Jose, Officer Rocha. Filed by George Verdugo. Consent/Declination due by 10/28/2025. (Attachments: # 1 Civil Cover Sheet)(mbc, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/15/2025) |
| 10/14/2025 | 2 | MOTION for Leave to Proceed in forma pauperis filed by George Verdugo. (mbc, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/15/2025) |

| | | |
|---|---|---|
| 10/14/2025 | 3 | Declaration of George Verdugo in Support of 1 Complaint filed byGeorge Verdugo. (Related document(s) 1 ) (mbc, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/15/2025) |
| 10/14/2025 | 4 | Proposed Summons. (mbc, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/15/2025) |
| 10/14/2025 | 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 1/6/2026. Initial Case Management Conference set for 1/13/2026 09:30 AM in San Jose, - Videoconference Only. (mbc, COURT STAFF) (Filed on 10/14/2025)** <br> **Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br> **(Entered: 10/15/2025)** |
| 10/17/2025 | 6 | **ORDER granting 2 Application for Leave to Proceed in forma pauperis. Signed by Judge Susan van Keulen on 10/17/2025. (svklc1, COURT STAFF) (Filed on 10/17/2025)** <br> **Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br> **(Entered: 10/17/2025)** |
| 10/20/2025 | 7 | Summons Issued as to City Of San Jose, Officer Rocha. (Attachments: # 1 USM285 SJ, # 2 USM285 Rocha)(ark, COURT STAFF) (Filed on 10/20/2025) (Entered: 10/20/2025) |
| 10/20/2025 | 8 | Remark : Service packet sent to USM for service (ark, COURT STAFF) (Filed on 10/20/2025) (Entered: 10/20/2025) |
| 10/23/2025 | 9 | Acknowledgment of Receipt10/21/2025 of Form USM-285 from US Marshals.. (mbc, COURT STAFF) (Filed on 10/23/2025) (Entered: 10/24/2025) |
| 10/29/2025 | 10 | **CLERK'S NOTICE Re: Consent or Declination: Plaintiff** shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. <br> **Consent/Declination due by 11/12/2025.** <br> *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (aea2, COURT STAFF) (Filed on 10/29/2025) <br> Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br> (Entered: 10/29/2025) |
| 10/30/2025 | 11 | SUMMONS Returned Executed by George Verdugo. Officer Rocha served |

| | | |
|---|---|---|
| | | on 10/24/2025, answer due 11/14/2025. (pjf, COURT STAFF) (Filed on 10/30/2025) (Entered: 10/30/2025) |
| 10/30/2025 | 12 | SUMMONS Returned Executed by George Verdugo. City Of San Jose served on 10/24/2025, answer due 11/14/2025. (pjf, COURT STAFF) (Filed on 10/30/2025) (Entered: 10/30/2025) |
| 10/30/2025 | 13 | NOTICE of Appearance filed by Brian James Loftus on behalf of City Of San Jose, Officer Rocha (Loftus, Brian) (Filed on 10/30/2025) (Entered: 10/30/2025) |
| 11/04/2025 | 14 | **CLERK'S NOTICE Re: Consent or Declination: Defendants** shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.<br>**Consent/Declination due by 11/18/2025.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (aea2, COURT STAFF) (Filed on 11/4/2025)<br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>(Entered: 11/04/2025) |
| 11/06/2025 | 15 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by City Of San Jose, Officer Rocha.. (Loftus, Brian) (Filed on 11/6/2025) (Entered: 11/06/2025) |
| 11/12/2025 | 16 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by George Verdugo.. (pjf, COURT STAFF) (Filed on 11/12/2025) (Entered: 11/12/2025) |
| 11/14/2025 | 17 | MOTION to Dismiss *Defendants' Motion to Dismiss Complaint* filed by City Of San Jose, Officer Rocha. Motion to Dismiss Hearing set for 12/23/2025 10:00 AM in San Jose, Courtroom 6, 4th Floor. Responses due by 11/28/2025. Replies due by 12/5/2025. (Attachments: # 1 Proposed Order)(Loftus, Brian) (Filed on 11/14/2025) (Entered: 11/14/2025) |
| 11/14/2025 | 18 | SUMMONS Returned Executed (kam2, COURT STAFF) (Filed on 11/14/2025) (Entered: 11/19/2025) |
| 11/24/2025 | 19 | CLERK'S NOTICE VACATING HEARING RE: 17 Defendants' Motion to Dismiss Complaint s set for 11:30 AM on 12/23/2025. The Court will reset the hearing if necessary.<br><br>. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* |

# PROOF OF SERVICE

**Verdugo v. City of San Jose, et al.**
Case No. **5:25-cv-08776-SVK**
United States District Court, Northern District of California

I, **George Verdugo**, declare as follows:

I am over the age of 18 and not a party to this action. My address is:
**2984 Almond Drive, San Jose, CA 95148.**

On the date indicated below, I served the following document:

1. **Plaintiff's Opposition to Defendant's Administrative Motion to Extend Time to File Reply in Support of Its Motion to Dismiss Plaintiff Complaint**

**2. Declaration of George Verdugo ISO Plaintiff's Opposition to Defendant's Administrative Motion to Extend Time**

on the following attorney for Defendants:

**Brian M. Loftus, Deputy City Attorney**
Office of the City Attorney
**200 East Santa Clara Street, 16th Floor**
San Jose, CA 95113
Email: brian.loftus@sanjoseca.gov

## Method of Service: U.S. Mail

I served the document by placing a true and correct copy in a sealed envelope, addressed as listed above, with **postage fully prepaid**, and deposited the envelope for collection and mailing with the **United States Postal Service** at San Jose, California. I am readily familiar with my mailing practices.

## Declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Date:** ___December 12, 2025___

**Signature:** ______________________________
**George Verdugo**
Pro Se Plaintiff