SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
BRIAN LOFTUS, Sr. Deputy City Attorney (300887)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for City of San Jose and
Officer Rocha #5077

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE VERDUGO,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE; OFFICER ROCHA #5077, and DOES 1-10, inclusive,<br><br>Defendant(s). | Case Number: 25-cv-08776-SVK<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: June 16, 2026<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 6, 4th Floor<br>Judge: Hon. Susan van Keulen |

Defendants CITY OF SAN JOSE, OFFICER ROCHA #5077 and OFFICER JACK LEGLU brought a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court agrees that the Complaint fails to allege facts sufficient to state a claim as to any of the Defendants. Defendants' Motion to Dismiss is therefore GRANTED.

Dated: ____________________

HON. SUSAN VAN KEULEN
United States District Court Judge