GEORGE VERDUGO
2984 Almond Drive
San Jose, CA 95148
Telephone: (408) 401-5636
Email: georgeverdugo@gmail.com
Plaintiff, Pro Se

FILED
OCT 09 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GEORGE VERDUGO,

Plaintiff,

v.

CITY OF SAN JOSE, OFFICER ROCHA #5077, and OFFICER LEGLU, et al., and DOES 1–10, inclusive,

Defendants.

Case Number: 5:25-cv-08776-SVK

**PLAINTIFF'S RESPONSE TO THE COURT'S OCTOBER 7, 2026 ORDER (DKT. 40); REPORT OF RULE 26(f) CONFERENCE AND STATUS OF STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Judge: Hon. Susan van Keulen

Plaintiff George Verdugo, appearing pro se, respectfully submits this response to the Court's text Order of October 7, 2026 (Dkt. 40), which directed Plaintiff to file a Case Management Statement by noon on October 9, 2026.

## I. PLAINTIFF'S CASE MANAGEMENT STATEMENT HAS BEEN FILED

On October 7, 2026, Plaintiff filed Plaintiff's Separate Initial Case Management Statement and a proof of service by depositing them in the Court's San Jose drop box, stamped received that day. Civil L.R. 5-4. The statement was docketed on October 8, 2026, as filed on October 7, 2026 (Dkt. 41).

## II. REASON FOR THE ONE-DAY DELAY

Plaintiff filed his statement one day after the October 6, 2026 deadline because he was working to complete the Rule 26(f) conference with defense counsel before filing. The relevant events are as follows:

1. On September 21, 2026, Plaintiff emailed defense counsel proposing to hold the Rule 26(f) conference on September 23, 25, or 28, 2026.

2. On September 23, 2026, defense counsel responded that he was in a jury trial, had no availability until the week of October 5, 2026, and was available from 1:00 p.m. on October 5. On September 24, 2026, Plaintiff confirmed October 5 at 1:00 p.m.

3. On October 5, 2026, at 12:57 p.m., three minutes before the scheduled conference, defense counsel's office emailed that counsel's meeting was running over and that he would call around 1:30 p.m. At 1:21 p.m., Plaintiff replied that he could not do 1:30 p.m. because of a prior appointment and offered to reschedule for the next day. Defense counsel called at 1:43 p.m. and left a voicemail.

4. On October 6, 2026, at 11:40 a.m., defense counsel emailed that he would file Defendants' statement that day and that, "[p]ursuant to the local rules, there is no requirement for us to meet and confer or file a joint Case Management Statement." Defendants filed their statement that day (Dkt. 39).

5. On October 7, 2026, Plaintiff filed his separate statement and emailed defense counsel offering October 8, 9, or 12, 2026, to complete the Rule 26(f) conference.

Plaintiff regrets the one-day delay.

## III. THE RULE 26(f) CONFERENCE WAS HELD ON OCTOBER 8, 2026

Defense counsel accepted October 8, 2026, at 1:00 p.m., and the Parties held their Rule 26(f) conference by telephone at that time. The Parties agreed to exchange initial disclosures under Fed. R. Civ. P. 26(a)(1) by October 22, 2026; agreed to the default limits on depositions under Fed. R. Civ. P. 30; discussed preservation of records, a stipulated protective order and an order under Fed. R. Evid. 502(d), and the format of electronically stored information; and are both open to a settlement conference with a magistrate judge. Defense counsel indicated that the schedule

proposed in Defendants' statement (Dkt. 39) is realistic, subject to amendment as needed. The Parties will report further at the Case Management Conference.

## IV. STATUS OF STIPULATED REQUEST TO CONTINUE

The Initial Case Management Conference was originally set for October 13, 2026 (Dkt. 36), and Plaintiff made travel arrangements in reliance on that date. On October 2, 2026, the Court continued the conference to October 15, 2026. Plaintiff will be traveling and is unavailable October 14–17, 2026. Defense counsel will be out of the country that week and has arranged for another attorney to cover the hearing. On October 8, 2026, Plaintiff emailed the Courtroom Deputy, copying defense counsel, to request a continuance. Defendants do not oppose the request and have stipulated to it. At the Courtroom Deputy's direction, a stipulation and proposed order are being filed concurrently with this response.

## V. VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the facts stated in this response are true and correct.

Dated: October 9, 2026

Respectfully submitted,

[signature]

George Verdugo
Plaintiff, Pro Se

GEORGE VERDUGO
2984 Almond Drive
San Jose, CA 95148
Telephone: (408) 401-5636
Email: georgeverdugo@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GEORGE VERDUGO,

Plaintiff,

v.

CITY OF SAN JOSE, OFFICER ROCHA #5077, and OFFICER LEGLU, et al., and DOES 1–10, inclusive,

Defendants.

Case Number: 5:25-cv-08776-SVK

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF GEORGE VERDUGO (CIVIL L.R. 6-2)**

Judge: Hon. Susan van Keulen

Plaintiff George Verdugo, appearing pro se, and Defendants City of San José, Officer Rocha, and Officer Leglu, through their counsel of record (together, the "Parties"), stipulate as follows:

1. On July 22, 2026, the Clerk set the Initial Case Management Conference for October 13, 2026, at 9:30 a.m. (Dkt. 36.)

2. On October 2, 2026, the Clerk continued the Initial Case Management Conference to October 15, 2026, at 9:30 a.m.

3. Defendants filed their Case Management Statement on October 6, 2026 (Dkt. 39). Plaintiff filed his Case Management Statement on October 7, 2026 (Dkt. 41).

4. The Parties held their Rule 26(f) conference on October 8, 2026, and agreed to exchange initial disclosures by October 22, 2026.

5. Plaintiff made travel arrangements in reliance on the October 13, 2026 date and is unavailable October 14–17, 2026. Counsel for Defendants will be out of the country during the week of the October 15, 2026 conference but arranged for coverage of the hearing.

6. On October 8, 2026, Plaintiff requested a continuance by email to the Courtroom Deputy, and Defendants do not oppose that request. The Courtroom Deputy directed the Plaintiff to file a stipulation and proposed order.

7. This request, made for the reasons stated above, is the Plaintiff's first request to continue the Initial Case Management Conference. It is made in good faith and not for purposes of delay, and it does not affect any other date in this case.

THEREFORE, the Defendants do not oppose and therefore stipulate to a brief continuance subject to the Court's approval. The Initial Case Management Conference currently set for October 15, 2026, be continued to a date on or after October 28, 2026 that is convenient for the Court, other than October 22 or October 27, 2026, and that the Parties may file updated case management statements no later than seven days before the continued conference.

IT IS SO STIPULATED.

Dated: October 9, 2026

George Verdugo
Plaintiff, Pro Se

Dated: October 9, 2026

_/s/Brian Loftus_________________
Brian J. Loftus
Chief Deputy City Attorney
Attorneys for Defendants

**DECLARATION OF GEORGE VERDUGO PURSUANT TO CIVIL L.R. 6-2(a)**

I, George Verdugo, declare:

1. I am the plaintiff in this action, appearing pro se. I have personal knowledge of the facts in this declaration and could testify competently to them.

2. Reasons for the request. The Initial Case Management Conference was originally set for October 13, 2026 (Dkt. 36), and I made travel arrangements in reliance on that date. On October 2, 2026, the conference was continued to October 15, 2026. I will be traveling and am unavailable October 14–17, 2026. Counsel for Defendants has informed me that he will be out of the country that week and arranged for coverage by another attorney in his office. I am also unavailable on October 22, 2026. In addition, I am unavailable on October 27, 2026, because of a previously scheduled hearing in another court.

3. Previous time modifications. To my knowledge, the previous time modifications in this case are: (a) the Clerk's November 24, 2025 notice vacating the December 23, 2025 motion hearing (Dkt. 19); (b) the Court's December 9, 2025 order extending Defendants' reply deadline to December 15, 2025 (Dkt. 22); (c) the Clerk's December 15, 2025 notice vacating the January 13, 2026 Case Management Conference (Dkt. 23); (d) the Clerk's June 3, 2026 notice vacating the June 16, 2026 motion hearing (Dkt. 32); (e) the Clerk's October 2, 2026 notice continuing the Initial Case Management Conference to October 15, 2026; and (f) the Court's October 7, 2026 order (Dkt. 40) directing Plaintiff to file his Case Management Statement by October 9, 2026.

4. Effect on the schedule. No case schedule has yet been set. The requested continuance would move only the Initial Case Management Conference and would not affect the Parties' agreed October 22, 2026 exchange of initial disclosures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2026, at San Jose, California.

[signature]

George Verdugo

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Initial Case Management Conference set for October 15, 2026, is CONTINUED to _____________, 2026, at 9:30 a.m., via Zoom webinar. The Parties may file updated case management statements no later than seven days before the continued conference.

IT IS SO ORDERED.

Dated: ______________________

______________________________
HON. SUSAN VAN KEULEN
United States Magistrate Judge

GEORGE VERDUGO

2984 Almond Drive, San Jose, CA 95148
(408) 401-5636 | georgeverdugo@gmail.com
Plaintiff Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

GEORGE VERDUGO v. CITY OF SAN JOSE, et al. Case No. 5:25-cv-08776-SVK

**PROOF OF SERVICE**

I, George Verdugo, declare: I am the Plaintiff in this action. My address is 2984 Almond Drive, San Jose, CA 95148.

On October 9, 2026, I served the following documents: (1) PLAINTIFF'S RESPONSE TO THE COURT'S OCTOBER 7, 2026 ORDER (DKT. 40); REPORT OF RULE 26(f) CONFERENCE AND STATUS OF STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; and (2) STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF GEORGE VERDUGO (CIVIL L.R. 6-2)

by placing a true copy in a sealed envelope, with first-class postage fully prepaid, and depositing it in the United States mail at San Jose, California, addressed as follows (Fed. R. Civ. P. 5(b)(2)(C)):

Brian Loftus, Chief Deputy City Attorney
Office of the City Attorney, City of San José
200 East Santa Clara Street, 16th Floor
San José, CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2026, at San Jose, California.

______________________________
George Verdugo, Plaintiff Pro Se