SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
BRIAN LOFTUS, Chief Deputy City Attorney (300887)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants City of San Jose,
Officer Rocha #5077, and Officer Leglu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE VERDUGO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, OFFICER ROCHA #5077, and OFFICER LEGLU, et al, and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: 5:25-CV-08776-SVK<br><br>**DEFENDANTS' INITIAL CASE MANAGEMENT STATEMENT**<br><br>Date: November 10, 2026<br>Time: 9:30 a.m.<br>Courtroom: Zoom<br>Judge: Hon. Susan van Keulen |

Pursuant to this Court's October 13, 2026, Order (ECF 43), as well as Federal Rules of Civil Procedure Rule 26(f) and Local Rule 16-1, Defendants CITY OF SAN JOSE, OFFICER ROCHA, and OFFICER LEGLU submit the following case management statement. The parties did attempt to coordinate a joint statement pursuant to the Court's order but were not able to do so. Therefore, Defendants file this separate statement.

## DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT

### I. JURISDICTION AND SERVICE

Plaintiff: This action arises under Title 42 of the United States Code, § 1983. Title 28

of the United States Code, §§ 1331 and 1343, confer jurisdiction upon this Court. The unlawful acts and practices alleged herein occurred in the City of San Jose, County of Santa Clara, California, which is within the judicial district of this Court.

Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendants are believed to reside in this district, and all incidents, events, and occurrences giving rise to this action occurred in this district.

Defendants: Defendants do not contest federal jurisdiction, personal jurisdiction or venue.

## II. FACTS

### DEFENDANT'S STATEMENT OF THE CASE

On October 15, 2023, San Jose Police Department ("SJPD") Officer Miguel Rocha and other officers responded to a call for service at Plaintiff's residence. A co-tenant called police to report that Plaintiff had exposed his genitalia to her multiple times without her consent. The co-tenant met the police at the front door and provided her statement. She told the officers that she feared for her safety and wanted Plaintiff arrested. The co-tenant gave Officer Rocha express permission to enter the residence and arrest Plaintiff. When the officers entered the home, Plaintiff was in a converted den/bedroom on the first floor of the home. Plaintiff was naked from the waist down and had to put on pants to exit his room and confront the officers. Officer Rocha then placed Plaintiff under arrest for indecent exposure, a violation of California Penal Code § 314. Plaintiff alleges that a "Doe Supervisor" responded to the home and ratified the conduct of the officers who arrested Plaintiff. Plaintiff was transported and booked into the Santa Clara County Jail.

## III. LEGAL ISSUES

Defendants dispute liability and deny that they violated Plaintiff's constitutional rights. In short, presently, the issues are as follows:

- Whether Plaintiff has failed to state a constitutional claim against the City of San Jose;
- Whether Plaintiff has failed to state a ratification claim against any supervisor;

- Whether the Officer Defendants are entitled to qualified immunity.

## IV. MOTIONS

Defendants will be filing a Motion for Summary Judgment.

## V. AMENDMENT OF PLEADINGS

None at this time.

## VI. EVIDENCE PRESERVATION

The Defendants have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"). Defendants have preserved all evidence related to issues in this lawsuit that was in their possession at the time of filing.

## VII. DISCLOSURES

The Defendants are preparing initial Rule 26(a) disclosures and will exchange initial disclosures. The Defense has not received initial disclosures from the Plaintiff.

## VIII. DISCOVERY

Discovery dates have not been set yet.

## IX. CLASS ACTIONS

This matter is not a class action.

## X. RELATED CASES

None.

## XI. RELIEF

Plaintiff seeks compensatory damages, punitive damages, costs, and all other relief authorized by law

## XII. SETTLEMENT AND ADR

Defendants believe this matter would benefit from an early settlement conference before a magistrate judge.

## XIII. OTHER REFERENCES

The Defendants do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

//

## XIV. NARROWING OF ISSUES

The Defendants will seek to narrow issues via the discovery process and motion(s) for summary judgment following discovery.

## XV. EXPEDITED TRIAL PROCEDURE

The Defendants presently do not anticipate a need for an expedited trial procedure.

## XVI. SCHEDULING

The Defendants propose the following dates:

| | |
|---|---|
| Deadline to seek leave to amend: | 12/8/2026 |
| Last day of fact discovery: | 05/30/2027 |
| Expert disclosure and reports due: | 06/30/2027 |
| Rebuttal expert disclosures and reports due: | 07/21/2027 |
| Close of expert discovery: | 08/18/2027 |
| Last day to file dispositive motions: | 09/08/2027 |
| Last day for dispositive motions to be heard: | 09/15/2027 |
| Joint Pretrial Conference Statements: | 09/22/2027 |
| Pretrial conference: | 09/29/2027 |
| First day of trial: | 10/15/2027 |

## XVII. TRIAL

Defendants demand a jury trial. A jury trial lasting five court days is anticipated by the Defense.

## XVIII. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

There are no currently known non-party interested entities or persons.

## XIX. PROFESSIONAL CONDUCT

All attorneys of record for the Defendants have reviewed the Guidelines for Professional Conduct for the Northern District of California.

## XX. OTHER

No other items.

*[Signature on the following page]*

Respectfully submitted,

Dated: November 4, 2026

SUSANA ALCALA WOOD, City Attorney

By: /s/*Brian Loftus*
BRIAN LOFTUS
Chief Deputy City Attorney

Attorneys for Defendants City of San Jose, Officer Rocha #5077, and Officer Leglu

**CASE MANAGEMENT ORDER**

The above CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case, and all parties shall comply with its provisions.

Other Orders: ______________________________________________

______________________________________________

IT IS SO ORDERED.

Dated:

______________________________

JUDGE SUSAN VAN KEULEN

**PROOF OF SERVICE**

CASE NAME: *George Verdugo v. City of San Jose, et al.*

CASE NO.: 25-CV-08776-SVK

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On November 4, 2026, I caused to be served the within:

**DEFENDANTS' INITIAL CASE MANAGEMENT STATEMENT**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ by ELECTRONIC TRANSMISSION, with a copy of this declaration, to an electronic address listed below.

I further declare that the electronic transmission was sent on November 4, 2026, and that the City of San Jose, City Attorney's electronic address is CAO.Main@sanjoseca.gov.

The above-described transmission was reported as sent by a transmission report available for printing from the computer.

Addressed as follows:

George Verdugo
2984 Almond Drive
San Jose, CA 95148
georgeverdugo@gmail.com

Plaintiff, Pro Se

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 4, 2026, at San Jose, California.

*/s/George Touba*
George Touba