United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE VERDUGO,

Plaintiff,

v.

CITY OF SAN JOSE, et al.,

Defendants.

Case No. 25-cv-08776-SVK

**CASE MANAGEMENT ORDER**

The Court held an Initial Case Management Conference on November 10, 2026. A further Case Management Conference will take place on June 15, 2027, at 9:30 a.m. Case Management Statements are due June 8, 2027.

The Court **REFERS** the Parties to Magistrate Judge Virginia DeMarchi for a settlement conference, to be completed by March 19, 2027. The Parties must contact Judge DeMarchi's chambers promptly to schedule the settlement conference.

The Court **REFERS** the case to the Federal Pro Se Program to assess this case for possible appointment of pro bono counsel.

The Court set the following case schedule:

| **Scheduled Event** | **Date/Deadline** |
|---|---|
| Last Day to Move to Amend Pleadings | 2/26/2027 |
| Completion of ADR | 3/19/2027 |
| Close of Fact Discovery | 6/1/2027 |
| Case Management Conference | 6/15/2027 at 9:30 a.m.<br>CMC statements due 6/8/2027 |
| Expert Witness Disclosures | 6/30/2027 |

| | |
|---|---|
| Rebuttal Expert Disclosures | 7/21/2027 |
| Close of Expert Discovery | 8/18/2027 |
| Dispositive and Daubert Motions | Last day to file: 9/7/2027<br>Last day for hearing: 11/2/2027 |
| Pretrial Conference | Pretrial Conference Hearing: 1/27/2028<br>Pretrial filing deadlines: 1/6/2028; 1/13/2028 |
| Trial | 2/7/2028 |

**SO ORDERED.**

Dated: November 10, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California